Name FRANCISCO PEREZ

Address P.O Box 86164

Terminal Annex

los Angeles CA 90086-0164

CDC or ID Number 3347286

(5 30)

LODGED
CLERK, U.S. DISTRICT COURT

APR - 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

APR - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Fee Due

L.A.X Superior Court
11701s LacienegaBlv losAngeles,CA 90045
*(Court)*

---

Francisco Perez
Petitioner

vs.

JACKIE LACEY, D.A
Respondent

PETITION FOR WRIT OF HABEAS CORPUS

No. CV13-02356-ODW (MRN)

*(To be supplied by the Clerk of the Court)*

---

## INSTRUCTIONS — READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies.

- If you are filing this petition in the California Supreme Court, file the original and thirteen copies.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

---

Approved by the Judicial Council of California for use under Rules 56.5 and 201(h)(1) of the California Rules of Court [as amended effective January 1, 1999]. Subsequent amendments to Rule 44(b) may change the number of copies to be furnished the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. January 1, 1999]

PETITION FOR WRIT OF HABEAS CORPUS

WEST GROUP
Official Publisher

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rules 56.5, 201(h)

This petition concerns:

☐ A conviction                    ☐ Parole

☐ A sentence                      ☒ Credits

☐ Jail or prison conditions       ☐ Prison discipline

☐ Other (specify): _____

1. Your name: Francisco Perez

2. Where are you incarcerated? Los Angeles County Jail

3. Why are you in custody? ☒ Criminal Conviction   ☐ Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   Driving without owners consent

b. Penal or other code sections: _____

c. Name and location of sentencing or committing court: LAX Superior Court, Los Angeles County

d. Case number: SA081G6101

e. Date convicted or committed: August, 16, 2012

f. Date sentenced: September, 19, 2012

g. Length of sentence: 730 Day's with ½ and 2 months credited

h. When do you expect to be released? September, 16, 2013

i. Were you represented by counsel in the trial court? ☒ Yes.   ☐ No.  If yes, state the attorney's name and address:

   _____

   _____

4. What was the LAST plea you entered? *(check one)*

   ☐ Not guilty   ☐ Guilty   ☒ Nolo Contendere   ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   ☐ Jury   ☐ Judge without a jury   ☐ Submitted on transcript   ☐ Awaiting trial

6.  GROUNDS FOR RELIEF

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

L.A. County jail is not acknowledging full pre-prison credits awarded to me by the court

a.  Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

I Francisco Perez was arrested on 8/16/12, was sentenced to 730 Days on 9/19/12. L.A. county Jail sent me to prison by mistake then brought me back on 10/26/12 L.A. County Jail has my release date calculated at 9/16/13 but that is incorrect as my day of arrest for this conviction began on 8/16/12. At this time I'm requesting the court to grant me relief by re-calculating and re-adjusting my time to its proper release date.

b.  Supporting cases, rules, or other authority (optional):

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

7.  **Ground 2** or **Ground** _____  (*if applicable*):

_____

_____

_____

_____

a.  Supporting facts:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

b.  Supporting cases, rules, or other authority:

_____

_____

_____

_____

_____

8. Did you appeal from the conviction, sentence, or commitment?     ☐ Yes.   ☑ No.     If yes, give the following information:

   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

   b. Result: _____     c. Date of decision: _____

   d. Case number or citation of opinion, if known: _____

   e. Issues raised:   (1) _____

       (2) _____

       (3) _____

   f.  Were you represented by counsel on appeal?   ☐ Yes.   ☐ No.  If yes, state the attorney's name and address, if known:

   _____

9. Did you seek review in the California Supreme Court?  ☐ Yes.  ☐ No.    If yes, give the following information:

   a. Result: _____     b. Date of decision: _____

   c. Case number or citation of opinion, if known: _____

   d. Issues raised:   (1) _____

       (2) _____

       (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

_____

_____

11. Administrative Review:

   a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

_____

_____

_____

_____

_____

_____

_____

_____

_____

   b. Did you seek the highest level of administrative review available?   ☐ Yes.   ☐ No.

   *Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **issue** in any court? ☐ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a. (1) Name of court: _____

    (2) Nature of proceeding (for example, "habeas corpus petition"): _____

    (3) Issues raised: (a) _____

        (b) _____

    (4) Result *(Attach order or explain why unavailable):* _____

    (5) Date of decision: _____

  b. (1) Name of court: _____

    (2) Nature of proceeding: _____

    (3) Issues raised: (a) _____

        (b) _____

    (4) Result *(Attach order or explain why unavailable):* _____

    (5) Date of decision: _____

  c. *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

_____

_____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)

_____

_____

16. Are you presently represented by counsel? ☐ Yes. ☐ No. If yes, state the attorney's name and address, if known:

_____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☐ No. If yes, explain:

_____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

_____

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: _____ ▶ _____

                                         (SIGNATURE OF PETITIONER)

## FORM E

Proof of Service by Mail

[Case Name and Court Number]

I declare that:

I am a resident of _Los Angeles_ in the county of _Los Angeles_ California. I am over the age of 18 years. My residence address is:

_P.O. Box 86164 Terminal Annex Los Angeles, CA, 90086-0164_

On _3/24/2013_, I served the attached _Petition for Writ of Habeas Corpus_ on the

_____ in said case by placing a true copy thereof enclosed in a sealed

envelope with postage thereon fully paid, in the United States mail at _Los Angeles County Jail_

addressed as follows:

_312 North Spring Street Los Angeles,_
_California, 90012_

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct, and that this declaration was executed on _3/24/2013_ [date],

at _Los Angeles_, California.

_Francisco Perez_
[Type or Print Name]

[Signature]



Francisco Perez, #334-726C
P.O. Box 86164
Terminal Annex
Los Angeles, CA. 900 86-0164

Patton

2254

9001284359

SANTA CLARITA CA 913

26 MAR 2013 PM 2 L

FOREVER
USA
Purple Martin

LEGAL MAIL

check at the united States District Court
to the central District of Cali
United States Courthouse
Atty/Intake/Docket Section
312 North Spring Street
los Angeles, California,

CENTRAL DISTRICT OF CALIFORNIA
BY
CLERK US
APR - 1 2013
DEPUTY

SUSTAINABLE
FORESTRY
INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2011



**TERRY NAFISI**

District Court Executive
and Clerk of Court

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION
312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-3535

Tuesday, April 02, 2013

### SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

### EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450


**FRANCISCO PEREZ**
**P.O. BOX 86164**
**TERMINAL ANNEX**
**LOS ANGELES, CA 90086-0104**


Dear Sir/Madam:

Your petition has been filed and assigned civil case number        CV13- 2356 ODW (MRW)

Upon the submission of your petition, it was noted that the following discrepancies exist:

☒ 1. You did not pay the appropriate filing fee of $5.00.  Submit a cashier's check, certified bank
check, business or corporate check, government issued check, or money order drawn on a major
American bank or the United States Postal Service payable to 'Clerk U.S. District Court'.  If
you are unable to pay the entire filing fee at this time, you must sign and complete this
court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its
entirety.  The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover,
American Express) for filing fees and miscellaneous fees.  Credit card payments may be made at
all payment windows where receipts are issued.

☐ 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

☐ (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

☐ (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its
entirety.

☐ (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized
officer at the prison.

☐ (d) You did not use the correct form.  You must submit this court's current Declaration in
Support of Request to Proceed in Forma Pauperis.

☐ (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in
Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court

APEDRO

By: _____

Deputy Clerk


CV-111 (07/06)            **NOTICE re: DISCREPANCIES FOR FILING OF HABEAS CORPUS PETITION**