UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO PEREZ, | ) | Case No. CV 13-2356 ODW (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| JACKIE LACEY, D.A., | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to this Court's Order,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATE: May 15, 2013

_____

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE